**Order entered February 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00172-CV

## IN RE ARTHUR ROY MORRISON, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-55832-S**

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

Before the Court is relator's petition for writ of mandamus. Based on the court's opinion of this date, we **DENY** the petition. We **DENY** as moot relator's request for abatement of the required number of copies of his pleadings, although we have considered his petition without the filing of the required number of copies. We **DENY** as moot relator's request to proceed in forma pauperis although we have considered the petition without the payment of the filing fee. We **DENY** as moot relator's request for a bench warrant. This petition was determined based on the petition and record without argument.

/s/     DAVID EVANS
JUSTICE